# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>DAMION DENNIS DAMIANI<br>SSN:  XXX-XX-0113,<br><br><br>Debtor.<br><br>TOM H. CONNOLLY, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>DAMION DENNIS DAMIANI,<br><br>Defendant. | CHAPTER 7<br>CASE NO. 04-35004-SBB<br><br><br><br><br><br><br>Adversary Proceeding No. 05-1321 SBB |

## FINDINGS OF FACT AND ORDER FOR DEFAULT JUDGMENT AGAINST DEBTOR

THIS COURT, having reviewed Trustee's Verified Motion for Default Judgment Against Debtor (the "Verified Motion") filed by Plaintiff Tom H. Connolly, Chapter 7 Trustee herein ("Trustee") and against Defendant Damion Dennis Damiani, Debtor herein ("Debtor"), good cause having been shown, and being advised of the premises, hereby:

FINDS the following:

1. This Court has original jurisdiction of these matters pursuant to 28 U.S.C. §1334(b), 28 U.S.C. §157(a), General Procedure Order No. 1984-3 and 28 U.S.C. §157(b)(1) in that they arise under Title 11 of the United States Code.

2. The claim to deny Debtor's discharge is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(J).

3. Venue is proper in this district pursuant to 28 U.S.C. §1409.

4. Pursuant to F.R.B.P. § 7004(f), this Court has personal jurisdiction over Debtor because Debtor was properly served a copy of the Alias Summons and Complaint to Deny Discharge ("Complaint") in this adversary proceeding pursuant to F.R.B.P. 7004(b)(1).

5.  Debtor has failed to plead or otherwise defend within the time allowed by the Federal Rules of Bankruptcy Procedure.

6.  Debtor is not an infant or incompetent person and is not currently in the military service of the United States or in the military service of any nation with which the United States may be allied in the prosecution of a war or has been ordered to report for such military service or for induction into such military service. Debtor is not entitled to relief under the Soldiers' and Sailors' Civil Relief Act of 1940, 50 U.S.C. Apx. § 521.

7.  Based on Debtor's failure to answer the Complaint and Trustee's Verified Motion, and upon review of the Court's file, the Court hereby:

ORDERS that the Verified Motion is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Debtor is hereby DENIED a discharge in this Chapter 7 case pursuant to Bankruptcy Code §§ 727(a)(6)(A).

DATED: July 12 2005

BY THE COURT:

The Honorable Sidney B. Brooks
Chief Judge, United States Bankruptcy Court